UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DAVID ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05CV186 CDP |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# MEMORANDUM AND ORDER

This matter is before me on the complaint of David Anderson for judicial review under 42 U.S.C. § 405(g) of defendant's final decision denying his applications for Disability Insurance Benefits under Title II of the Social Security Act and Supplemental Security Income benefits under Title XVI of the Act. I referred this matter to United States Magistrate Judge Audrey G. Fleissig for a report and recommendation on all dispositive and non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1). On October 13, 2006, Judge Fleissig filed her recommendation that the decision of the Commissioner be affirmed without further proceedings. Plaintiff has not filed any objections and his time for doing so has expired.

After careful consideration, I will adopt and sustain the thorough reasoning

of Magistrate Judge Fleissig set forth in support of her Report and Recommendation of October 13, 2006.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [# 14] is adopted in its entirety, and the complaint of David Anderson is **DISMISSED** without further proceedings.

A separate judgment will be entered this same date.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2006.